**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| REALTIME DATA, LLC., d/b/a IXO | |
| Plaintiff, | C.A. No. 17-800-CFC |
| v. | |
| ARRAY NETWORKS INC., | |
| Defendant. | |
| REALTIME DATA, LLC., d/b/a IXO | |
| Plaintiff, | C.A. No. 19-394-CFC |
| v. | |
| OPEN TEXT, INC., | |
| Defendant. | |
| REALTIME DATA, LLC., d/b/a IXO | |
| Plaintiff, | C.A. No. 19-492-CFC |
| v. | |
| MONGODB INC., | |
| Defendant. | |

REALTIME DATA, LLC., d/b/a IXO

                    Plaintiff,                          C.A. No. 18-1964-CFC

          v.

QUEST SOFTWARE INC.,

                    Defendant.

REALTIME DATA, LLC., d/b/a IXO

                    Plaintiff,                          C.A. No. 19-1279-CFC

          v.

NIMBUS DATA, INC.,

                    Defendant.

REALTIME DATA, LLC., d/b/a IXO

                    Plaintiff,                          C.A. No. 18-2017-CFC

          v.

CTERA NETWORKS, INC.,

                    Defendant.

## JOINT STATUS REPORT

The above-entitled cases were Ordered stayed pending the appeal of Plaintiff Realtime Data, LLC, of judgments invalidating some or all of the asserted patents in the following related cases: D.I. 61, C.A. No. 17-1635; D.I. 48, CA No. 17-cv-1676; D.I. No. 44, C.A. No. 18-1200; D.I. 25, C.A. No. 18-2062. On or about, October 23, 2020, the Federal Circuit issued its Opinion on the appeals remanding the matters back to this Court for further proceedings. A copy of this

- 3 -

opinion is attached hereto. The parties hereby request a status conference to discuss the case schedule in light of the Federal Circuit opinion, with a joint status report filed a week in advance of the hearing laying out the parties' positions as to whether the stay should remain in place.


Dated: November 9, 2020                              BAYARD, P.A.

                                                    */s/ Stephen B. Brauerman*
                                                    Stephen B. Brauerman (#4952)
                                                    Ronald P. Golden III (#6254)
                                                    600 King Street, Suite 400
                                                    P.O. Box 25130
                                                    Wilmington, Delaware 19801
                                                    (302) 655-5000
                                                    sbrauerman@bayardlaw.com
                                                    rgolden@bayardlaw.com

                                                    *Attorneys for Plaintiff Realtime Data, LLC.*